**In the Matter of Thad Benson CARTER, Farm Debtor.**

**Thad Benson CARTER, Appellant, v. George A. KUBLER, Appellee.**

No. 9165.

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1942.

Elmer McClain and Leon N. Stone, both of Lima, Ohio, for appellant.

T. W. Kimber, of Akron, Ohio, for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and it appearing that there was no abuse of judicial discretion in the finding that the reasonable market value of the farm land in question was $20,000, and no reversible error appearing, it is ordered and adjudged that the judgments and orders appealed from be and the same are in all things affirmed.